**ROBERT RYDER, ESQ.**
Nevada Bar No. 002503
**JENNIFER L. SANDERS, ESQ.**
Nevada Bar No. 010980
**WOLFE & WYMAN, LLP**
980 Kelly Johnson Drive, Suite 140
Las Vegas, Nevada 89119
Telephone (702) 476-0100
Facsimile (702) 476-0101
jlsanders@wolfewyman.com

Attorneys for Defendant,
RALPHS GROCERY COMPANY dba Food 4 less

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MAYRA DOMINGUEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>RALPHS GROCERY COMPANY, dba FOOD 4 LESS; DOES I through X, inclusive ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants. | CASE NO.:   2:13-cv-02233-GMN-PAL<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

## STIPULATION

Plaintiff, MAYRA DOMINGUEZ ("Plaintiff"), and Defendant, RALPHS GROCERY COMPANY dba FOOD 4 LESS (hereinafter "Food 4 Less"), by and through their undersigned

///
///
///
///
///
///
///
///

1

2020369.1

counsel of record, hereby stipulate to dismiss Food 4 Less from this litigation, with prejudice, each party to bear their own attorney's fees and costs.

**IT IS SO STIPULATED.**

DATED: June 5, 2015                WOLFE & WYMAN LLP


By: /s/ *Jennifer L. Sanders*
JENNIFER L. SANDERS, ESQ.
Nevada Bar No. 10980
980 Kelly Johnson Drive, Suite 140
Las Vegas, Nevada 89119
*Attorneys for Defendant, Ralphs Grocery Company dba Food 4 Less*

DATED: June 5, 2015                GOLIGHTLY & VANNAH


By: */s/ John B. Greene*
JOHN B. GREENE, ESQ.
Nevada Bar No. 4279
400 S. Seventh Street, Suite 400
Las Vegas, NV 89101
*Attorneys for Plaintiff*


## ORDER

By stipulation of the parties and good cause appearing therefor, it is hereby ordered as follows:

IT IS HEREBY ORDERED, that Defendant, Food 4 Less, is hereby DISMISSED with

///
///
///
///
///
///

2

2020369.1

1 | prejudice from this lawsuit, each party to bear its own attorney's fees and costs;

Submitted by:

WOLFE & WYMAN LLP

By: */s/ Jennifer L. Sanders*
Robert B. Ryder, Esq.
Nevada Bar # 6806
Jennifer L. Sanders, Esq.
Nevada Bar # 10980
980 Kelly Johnson Drive, Suite 140
Las Vegas, NV 89119
*Attorneys for Defendant,*
*RALPHS GROCERY COMPANY dba*
*FOOD 4 LESS*

IT IS SO ORDERED.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:  06/05/2015**